```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                :
RALF HARTMANN,                                  :
                                                :
                        Plaintiff,              :
                                                :        20-CV-5778 (JPC)
        -v-                                     :
                                                :            ORDER
GOOGLE LLC AND YOUTUBE LLC,                     :
                                                :
                        Defendants.             :
                                                :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2020

JOHN P. CRONAN, United States District Judge:

The parties are reminded that they are ordered to appear before the undersigned for an Initial Pretrial Conference ("IPTC") on December 10, 2020, at 10 a.m. (Dkt. 21). Pursuant to Rule 5.B of the Court's Individual Rules and Practices in Civil Cases, at least four business days before the conference date, parties must file (1) a proposed Civil Case Management Plan and Scheduling Order and (2) a joint letter. To date, the parties have submitted neither. The parties are hereby ORDERED to submit these filings by no later than December 9, 2020, at 5:00 p.m.

SO ORDERED.

Dated: December 8, 2020
       New York, New York
                                          _____
                                          JOHN P. CRONAN
                                          United States District Judge