USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2020

LEBOWITZ LAW OFFICE, LLC
330 West 38th Street, #1002
New York, N.Y. 10018
www.lebolaw.com

keith@lebolaw.com
(212) 682-0550

December 8, 2020

VIA ECF

The Honorable John P. Cronan
United States District Court Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Hartmann v. Google LLC et al.
1:20-cv-05778-JPC (S.D.N.Y.)

Dear Judge Cronan:

This office represents Ralf Hartmann, plaintiff in the above referenced matter. We write under Your Honor's Individual Rule 3(B) and in response to your Order (ECF No. 24) today regarding the Initial Pretrial Conference which is currently scheduled for December 10, 2020 (ECF No. 21). In light of Google's forthcoming motion to dismiss to be filed on December 15, 2020 (ECF No. 23), the parties jointly request that the Initial Pretrial Conference be adjourned until a date after Your Honor has decided Google's motion to dismiss. This is the first request by either party to adjourn the December 10, 2020 Initial Pretrial Conference.

We thank the Court for considering this request.

Respectfully submitted,

/s/ Keith M. Getz

Keith M. Getz

The parties' request is GRANTED. The Initial Pretrial Conference ("IPTC") scheduled for December 10, 2020, at 10:00 a.m. is hereby adjourned *sine die*. The Court will reschedule the IPTC after deciding Plaintiff's anticipated Motion to Dismiss. If the parties wish to request a conference prior to disposition of the motion, the parties shall file a letter-motion with the Court. Furthermore, the parties should advise the Court if they believe a referral to either the Honorable Robert W. Lehrburger for settlement discussions or to the Court-annexed Mediation Program would be helpful in resolving the instant dispute.

SO ORDERED.

Date: December 9, 2020
New York, New York

[signature]

JOHN P. CRONAN
United States District Judge