**MAYER | BROWN**

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

March 14, 2022

**VIA ECF**

A. John P. Mancini
Partner
T: (212) 506-2295
jmancini@mayerbrown.com

Hon. John P. Cronan
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   **Hartmann v. Google LLC et al.**
       **1:20-cv-05778-JPC (S.D.N.Y.)**

Dear Judge Cronan:

We represent Google LLC and its wholly-owned subsidiary YouTube, LLC (collectively, "Google") in the above-captioned action. Pursuant to Rule 3.B of Your Honor's Individual Rules and Practices in Civil Cases, we write jointly with counsel for Plaintiff Ralf Hartmann ("Hartmann") to respectfully request that: (i) Google's time to file its Answer to the Second Amended Complaint ("Answer") be extended from March 22, 2022 to April 21, 2022; and (ii) the Initial Pretrial Conference, presently scheduled for March 23, 2022, be adjourned until May 4, 2022, or as soon thereafter as the Court is available.

This is Google's first request for an extension of its deadline to file its Answer. Counsel for Google has met and conferred with counsel for Hartmann regarding the proposed extension of Google's time to file its Answer, and Hartmann's counsel has indicated his consent.

The parties also met and conferred on the timing of the upcoming Initial Pretrial Conference, currently scheduled for March 23, 2022. The parties jointly believe that the Court will benefit by having Google's Answer on file prior to the Initial Pretrial Conference and, accordingly, hereby respectfully request an adjournment of the March 23, 2022 Initial Pretrial Conference for thirty (30) days. The requested extension and adjournment do not affect any other scheduled dates.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).

Hon. John P. Cronan
March 14, 2022
Page 2

Given the foregoing, the parties respectfully submit to extend the below-referenced deadlines as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Google's deadline to file its Answer | March 22, 2022 | April 21, 2022 |
| Deadline for parties to file joint letter and proposed Case Management Plan | March 16, 2022 | April 27, 2022, or as determined by the Court |
| Initial Pretrial Conference | March 23, 2022 | May 4, 2022, or as soon thereafter as the Court is available |

We thank the Court for its time and consideration of this request.

Respectfully submitted,

*/s/ A. John P. Mancini*

A. John P. Mancini

cc: All Counsel of Record by ECF

The request is granted.  Defendant shall answer by April 21, 2022.  The previously scheduled Initial Pretrial Conference, Dkt. 50, is adjourned until May 4, 2022 at 9:00 a.m.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.  The parties shall file the required pre-IPTC submissions by April 27, 2022.

SO ORDERED.
Date: March 15, 2022
New York, New York

JOHN P. CRONAN
United States District Judge