# MAYER | BROWN

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

August 25, 2023

A. John P. Mancini
Partner
T: (212) 506-2295
jmancini@mayerbrown.com

**VIA ECF**

Hon. John P. Cronan
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   **Hartmann v. Google LLC et al.**
      **1:20-cv-05778-JPC (S.D.N.Y.)**

Dear Judge Cronan:

Pursuant to the Court's Civil Case Management Plan and Scheduling Order entered on December 23, 2022, Dkt. 58, the parties in the above-captioned action write jointly to advise the Court as to the status of the parties' settlement discussions and as to whether the parties request a referral to the assigned Magistrate Judge or to the Court-annexed mediation program.

For the past several weeks, the parties have been engaging in settlement discussions and expect to continue those efforts. At this time, the parties do not believe that they require court assistance with these efforts. However, the parties respectfully request that the Court set a deadline of October 9, 2023—*i.e.*, 45 days from today's filing date—for the parties to provide a joint status letter updating the Court on the status of their settlement efforts and addressing all of the topics set forth in paragraph 18 of the current Case Management Plan, Dkt. 58.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

| | |
|---|---|
| */s/ Marc A. Lebowitz* | */s/ A. John P. Mancini* |
| Marc A. Lebowitz | A. John P. Mancini |
| Lebowitz Law Office, LLC | Mayer Brown LLP |
| 103 Banks Lane | 1221 Avenue of the Americas |
| Clermont, New York 12526 | New York, NY 10020 |
| (518) 537-3399 | (212) 506-2500 |
| marc@lebolaw.com | jmancini@mayerbrown.com |
| | |
| *Attorneys for Plaintiff Ralf Hartmann* | *Attorneys for Defendants Google LLC and its wholly-owned subsidiary, YouTube, LLC* |

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).